THE STATE EX REL. CHEREN, APPELLANT, *v.* TROUTMAN, SHERIFF, APPELLEE.

[Cite as *State ex rel. Cheren v. Troutman* (1994), 69 Ohio St.3d 692.]

(No. 94–131—Submitted June 15, 1994—Decided July 27, 1994.)

---

*Oles Cheren, pro se.*

*Lynn C. Slaby,* Summit County Prosecuting Attorney, and *Jason T. Adams,* Assistant Prosecuting Attorney, for appellee.

---

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.